## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 14-cr** |
| v. | : | **UNDER SEAL** |
| **BENJAMIN ZALMAN-POLUN,** | : | Violation: |
| | : | 21 U.S.C. § 846 |
| **Defendant.** | : | (Conspiracy to Distribute and Possess |
| | : | with Intent to Distribute Less than |
| | : | 50 Kilograms of Marijuana) |
| | : | Forfeiture: |
| | : | 21 U.S.C. § 853(a), (p) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

At various times, between on or about October 2011, and on or about April 2012, within the District of Columbia and elsewhere, **BENJAMIN ZALMAN-POLUN** did knowingly and willfully combine, conspire, confederate and agree with other persons both known and unknown, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(D).

**(Conspiracy to Distribute and Possess with Intent to Distribute Less than 50 Kilograms of Marijuana, in violation of Title 21, United States Code, Section 846)**

### FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used or intended to be used, in any manner or part, to commit, or to

facilitate the commission of this offense. The United States will seek a forfeiture money judgment against the defendant in the amount of $101,400.

2. If, as a result of any act or omission of the defendant, any of the property described above:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(p), any other property of the defendant, up to the value of the property described above.

**(Criminal Forfeiture, pursuant to Title 21, United States Code, Section 853(a), (p))**

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
ANTHONY SALER
Assistant United States Attorney
D.C. Bar No. 448254
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-6971
Anthony.saler@usdoj.gov