UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. 14-cr** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **BENJAMIN ZALMAN-POLUN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

After weighing the "generalized interests" and "particularized factors" for and against public access to the pleadings in this case and to the courtroom proceedings, see United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980), the Court finds good cause to grant the Government's Motion to Seal and issues the following Order:

1. This Order and the attached Government's Motion to Seal shall be filed under seal in the Criminal Clerk's office until further order of this Court;

2. All pleadings, records, and filings in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court;

3. The Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of any documents or pleadings, or any Orders of this Court until further order of this Court;

4. The courtroom proceedings for the defendant's plea and related proceedings are closed until further order of this Court; and

5. Notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, and the Court Reporter shall be permitted to prepare such a transcript and provide it to the government. The government may

disclose information subject to this Order for the limited purpose of allowing the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, and to comply with its discovery, *Giglio*, and *Brady* obligations in any criminal case.

_____   _____
DATE                           Richard W. Roberts
                               Chief Judge
                               United States District Court for the
                               District of Columbia

Copies to:

Anthony Saler
Assistant United States Attorney
555 Fourth Street, N.W., Room 4816
Washington, D.C. 20530

Robert C. Bonsib, Esq.
Marcus Bonsib, LLC
6411 Ivy Lane, Suite 116
Greenbelt, MD 20770