UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-180 (RWR) |
| | ) | UNDER SEAL |
| BENJAMIN ZALMAN-POLUN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is hereby

ORDERED that the parties appear for a plea hearing on 11/26/2014 at 11 a.m. in courtroom 9.

SIGNED this 31st day of October, 2014.

_____
RICHARD W. ROBERTS
Chief Judge