Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Criminal Case No.: 14-180 SEALED |
| BENJAMIN ZALMAN-POLUN | ) | |

## WAIVER OF INDICTMENT

I, __BENJAMIN ZALMAN-POLUN__, the above-named defendant, who is accused of

Conspiracy to Distribute and Possess with Intent to Distribute 100 Grams or More of Heroin, and Cocaine Base, 3,4-Methylenedioxymethamphetamine, and Marijuana.   21 USC 846

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __NOVEMBER 26, 2014__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: __[signature]__          Date: __11/26/2014__
CHIEF JUDGE RICHARD W. ROBERTS
United States District Judge