

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 14-cr-** \??? |
| v. : | **UNDER SEAL** |
| **BENJAMIN ZALMAN-POLUN,** : | |
| **Defendant.** : | |

### CONSENT ORDER OF FORFEITURE

*WHEREAS*, the defendant has pleaded guilty to Count One of an Information charging Conspiracy to Distribute and Possess With Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846;

*WHEREAS*, the Information alleged that upon conviction of the offense in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), the following property:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense;

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant in the amount of $50,000 upon conviction of the offense in Count One;

*WHEREAS*, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $50,000 in the plea agreement;

*WHEREAS*, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court determines, based on the evidence and information before it, including the plea agreement, that the above property is

subject to forfeiture, and that the defendant will be ordered to pay a forfeiture money judgment in the amount of $50,000;

**WHEREAS**, upon entry of a forfeiture order, Fed. R. Crim. P. 32.2(b)(3) authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to 21 U.S.C. § 853(a):

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense in Count One; and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense in Count One.

2. A forfeiture money judgment in the amount of $50,000 is entered against the defendant.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and with the defendant's consent, this Order is a final as to the defendant. This Order shall be made part of the defendant's sentence and included in the judgment, pursuant to Fed. R. Crim. P. 32.2(b)(4)(B).

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5. The Attorney General or a designee, pursuant to Fed. R. Crim. P. 32.2(b)(3), is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to Assistant

United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, at USADC.AFMLS2@USDOJ.GOV.

Dated this 26th day of November, 2014.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

/s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR., D.C. Bar No. 447-889
UNITED STATES ATTORNEY

By: _____
Anthony Saler
Assistant United States Attorney

_____
Benjamin Zalman-Polun
Defendant

_____
Robert C. Bonsib
Counsel for the Defendant