U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA        :

                                :

                V.              :        Case No.  14-180 (RWR)

                                :        **UNDER SEAL**

BENJAMIN ZALMAN-POLUN           :

                                :

## O R D E R

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___26th___ day of ___November, 2014___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by ___Designated DEA Special Agent___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___Designated DEA Special Agent___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)    RICHARD W. ROBERTS
                           Chief Judge

DOJ USA-16-80

DEFENSE COUNSEL