UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS. | *CR CASE NO. 14-180 (RWR) |
| BENJAMIN ZALMAN-POLUN | * |

### MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL

The Defendant, by and through his attorney, Robert C. Bonsib, Esq., hereby respectfully requests this Honorable Court to modify the conditions of release in the above captioned matter and as reasons therefore states as follows:

1. The Defendant is presently on conditions of release with travel restricted to the metropolitan area. The Defendant has been compliant all conditions of release.

2. The Defendant is requesting permission to travel to Boston during the period from Thursday, January 8, 2015 through Monday, January 12, 2014 for personal trip to visit his family.

3. Assistant United States Attorney Anthony Saler has authorized the undersigned to represent that the government consents to this request.

WHEREFORE it is respectfully requested that this Honorable Court grant the relief prayed.

Respectfully submitted,

MARCUSBONSIB, LLC

*/s/ Robert Bonsib/smp*
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
robertbonsib@marcusbonsib.com
(301) 441-3000
Bar No. 423-306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent, via email and first class mail, this 5th day of January, 2015, to: Assistant United State Attorney Anthony Saler, 555 4th Street, NW, Washington, DC 20850

Robert Bonsib/smp
ROBERT C. BONSIB

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000