UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO. 14-180 (RWR) |
| BEN ZALMAN-POLUN | * | |

### ORDER

Upon consideration of the Defendant's Motion to Authorize Travel, it is this 7th day of January, 2015;

ORDERED that the conditions of release in the above captioned matter are hereby modified to permit the Defendant to travel to Boston, Massachusetts from Thursday, January 8, 2015 through Monday, January 12, 2015

IT IS FURTHER ORDERED that all other conditions of release shall remain the same.

_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000