UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 14-cr-180 (RWR) |
| : | |
| BENJAMIN ZALMAN-POLUN, : | UNDER SEAL |
| : | |
| Defendant. : | |

### ORDER

The Court has considered the Government's Motion, pursuant to § 5K1.1 of the United States Sentencing Guidelines, to decrease the defendant's offense level by four levels.

The Court finds that a departure under § 5K1.1 is warranted. The defendant's offense level is reduced by _____ levels.

Dated this _____ day of February, 2015.

_____
RICHARD W. ROBERTS
Chief Judge
United States District Court for the
District of Columbia