UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.               ) | Criminal Action No. 14-180(RWR) |
| ) | |
| BENJAMIN ZALMAN-POLUN,    ) | |
| ) | |
| Defendant.         ) | |

## ORDER

It is hereby

ORDERED that the sentencing hearing scheduled for February 17, 2015 be, and hereby is, RESCHEDULED for March 20, 2015 at 9:30 a.m. in courtroom 9.

SIGNED this 16th day of March, 2015.

_____
RICHARD W. ROBERTS
Chief Judge